UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40158 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| DYLAN JAMES STEFFEN, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Dylan James Steffen.

Between January 22, 2021, and January 24, 2021, I knowingly received and distributed material which contained child pornography.

While using my KIK social media account, I engaged in chat conversations with other KIK users. During those conversations, I shared files that contained images and videos of child pornography.

I admit that the digital files I distributed and received on KIK contained child pornography as defined in 18 U.S.C. § 2256(8), in that they depicted minor children engaging in sexually explicit conduct. Some of the files depicted prepubescent minors that had not attained the age of twelve years old.

Because the files were transmitted over the internet, I admit that they were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All of my actions were in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. an iPhone A1660, black in color; and
2. an Apple iPhone, white in color, with IMEI: 352017079496616.

ALISON J. RAMSDELL
United States Attorney

_8/15/22_
Date

_Jon Hoffman for_
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: jeff.clapper@usdoj.gov

_8-15-22_
Date

Dylan James Steffen
Defendant

_8-15-2022_
Date

Matthew M. Powers
Attorney for Defendant

[2]